

# NUMBER 13-14-00502-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE DCP MIDSTREAM, L.P.

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Per Curiam Order

Relator, DCP Midstream, L.P., filed a petition for writ of mandamus in the above cause on September 8, 2014 seeking to compel the trial court to allow discovery of a settlement agreement. The Court requests that the real parties in interest, Leonard May and Catherine May, or Apache Corporation, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of seven days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 9th
day of September, 2014.